# United States Bankruptcy Court
## Western District of Michigan

In re **Regina D. Long**  
Debtor(s)

Case No. **16-03365**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 7, 2016**, a copy of **First Pre Confirmation Amended Chapter 13 Plan and Notice and Opportunity to Object** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below and on the attached mailing matrix.

Barbara P. Foley  
ecf@chpt13.com, chpt13@yahoo.com

**/s/ Lynn Osborne**  
**Lynn Osborne P66545**  
**Lynn Osborne, P.C.**  
**401 W. Ionia**  
**Lansing, MI 48933**  
**(517) 708-2992Fax:(866) 816-7108**  
**ecflopc@aol.com**