| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 16-03365-jtg<br>Western District of Michigan<br>Grand Rapids<br>Wed Sep  7 13:52:18 EDT 2016 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Regina D. Long<br>3906 Stratford Ave.<br>Lansing, MI 48911-2235 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 | Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 |
| Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202-6024 | SECURITIES & EXCHANGE COMM<br>BANKRUPTCY SECTION<br>175 W. JACKSON BLVD.<br>SUITE 900<br>CHICAGO, IL 60604-2815 | UNITED STATES TRUSTEE<br>THE LEDYARD BUILDING, 2ND FLOOR<br>125 OTTAWA NW, SUITE 200R<br>GRAND RAPIDS, MI 49503-2837 |
| Ace Cash Express<br>701 Galvin Rd. S<br>Bellevue NE 68005-2255 | Advance America<br>1103 Galvin Rd. S<br>Bellevue NE 68005-3000 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Army & Air Force Exchange Serv<br>3936 E Ft Lowell<br>Ste 200<br>Tucson AZ 85712-1083 | Auto Loans LLC<br>433 Plaza Real<br>Ste 275<br>Boca Raton FL 33432-3999 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington DE 19899-8801 |
| Berlin-Wheeler<br>Po Box 479<br>Topeka KS 66601-0479 | CCI<br>Contract Callers Inc.<br>1058 Clauseen Rd. Ste 110<br>Augusta GA 30907-0301 | Calvary Portfolio Services<br>Bankruptcy Dept.<br>500 Summit Lake Dr. Ste 400<br>Valhalla NY 10595-1340 |
| Capital One Bankruptcy<br>PO Box 30285<br>Salt Lake City UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase Card Services<br>PO Box 15298<br>Wilmington DE 19850-5298 |
| Check Into Cash<br>7910 West Dodge<br>Omaha NE 68114-3423 | Check N Go<br>1602 Galvin Rd.<br>Bellevue NE 68005-3809 | Complete Payment Recovery Serv<br>3500 5th Street<br>Northport AL 35476-4723 |
| (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | County of York<br>PO Box 251<br>Yorktown VA 23690-0251 | Creditors Financial Group<br>PO Box 440290<br>Aurora CO 80044-1500 |
| First Premier Bank<br>601 S Minneaplois Ave<br>Dious FDalls SD 57104 | Future Income Payments LLC<br>18300 Von Karman Ave.<br>Suite 410<br>Irvine CA 92612-0192 | GM Financial<br>PO Box 181145<br>Arlington TX 76096-1145 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Oper<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jh Portfolio Debt Equities LLc<br>5757 Phantom Dr Ste 225<br>Hazelwood MO 63042-2429 |
| Kay Jewelers<br>PO Box 740425<br>Cincinnati OH 45274-0425 | Midland Credit Management, Inc<br>PO Box 2011<br>Warren MI 48090-2011 | Mike Stenger<br>PO Box 872<br>Bellevue NE 68005-0872 |
| Monarch Fence Co.<br>741 W 6th St.<br>Papillion NE 68046-3079 | Northland Group Inc.<br>PO Box 390905<br>Minneapolis MN 55439-0905 | (p)WYOMING FINANCIAL LENDERS INC<br>11550 I STREET SUITE 150<br>OMAHA NE 68137-1263 |
| Quantum3 Groum<br>PO Box 788<br>Kirkland WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quik Cash<br>2220 E Avery Rd.<br>Bellevue NE 68005-4643 | Red Credit Solutions<br>6910 Pacific St.<br>Ste 425<br>Omaha NE 68106-1007 | Rushmore Service Center<br>PO Box 5508<br>Sioux Falls SD 57117-5508 |
| (c)SARPY COUNTY TREASURER<br>1210 GOLDEN GATE DR STE 1120<br>PAPILLION NE  68046-2842 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State of Nebraska<br>PO Box 94818<br>Lincoln NE 68509-4818 |
| Transworld Systems Inc.<br>507 Prudential Rd.<br>Horsham PA 19044-2308 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio TX 78265-7504 | York County Treasurer<br>P O Box 251<br>Yorktown VA 23690-0251 |
| Lynn Osborne +<br>Lynn Osborne P.C.<br>401 W Ionia Street<br>Lansing, MI 48933-1103 | Barbara P. Foley +<br>Chapter 13 Trustee's Office<br>229 E. Michigan Avenue<br>Suite 440<br>Kalamazoo, MI 49007-6404 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services<br>PO Box 183853<br>Arlington TX 76096 | Continental Finance<br>PO Box 8099<br>Newark DE 19714 | Jefferson Capital Systems LLC<br>16 McLeland Road<br>Saint Cloud MN 56303 |

Payday Express
7926 S 84th St.
La Vista NE 68128

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Sarpy County Treasurer
1210 Golden Gate Dr. #1127
Papillion NE 68046

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)United States Trustee                End of Label Matrix
The Ledyard Building, 2nd Floor         Mailable recipients    52
125 Ottawa NW, Suite 200R               Bypassed recipients     1
Grand Rapids, MI 49503-2837             Total                  53